UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of B&S EQUIPMENT CO., INC. and B&S EQUIPMENT CO., INC., individually<br><br>Plaintiffs<br><br>VERSUS<br><br>NORTH AMERICAN SPECIALTY INSURANCE COMPANY and QUALITY FIRST CONSTRUCTION, LLC D/B/A QUALITY FIRST MARINE<br><br>Defendants | CIVIL ACTION NO.: 5:21-CV-00045-TKW-MJF<br><br>SECTION: CIVIL<br><br>JUDGE: TKW<br><br>MAGISTRATE: MJF |

## MOTION FOR ADMISION PRO HAC VICE

Pursuant to Rule 11.1 of the Local Rules of the United States District Court for the Norther District of Florida, I, Sarah B. Dorger, hereby move this Honorable Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the United States of America for the use and benefit of B&S Equipment Co., Inc., and B&S Equipment Co., Inc., individually, in the above captioned action.

I am in good standing of the bar of the State of Alabama, where I reside and regularly practice law.  A certificate of good standing is attached hereto.  My Alabama State Bar Number is ASB-2812-R69D.  There are no pending disciplinary proceedings against me in any state or federal court.  I am also licensed to practice law in the States of Louisiana and Florida, but both licenses are at "inactive status" as I do not practice regularly nor reside in either State.  My State Bar ID for Louisiana is 27212 and for Florida is 0500151.  There are no disciplinary proceedings against me in either Louisiana or Florida in any court, state or federal.

I have completed all steps required for pro hac vice admission required by the United States District Court for the Norther District of Florida.  My attorney admission tutorial confirmation number is FLND16136796964164.  I am familiar with the CM/ECF e-filing system.

Dated:  February 22, 2019

Respectfully Submitted,

**/s/ Sarah B. Dorger**
**Applicant Signature**

| | |
|---|---|
| **Applicant's Name:** | Sarah Bond Dorger |
| **Firm Name:** | The Dorger Law Firm, LLC |
| **Address:** | 30941 Mill Lane, G-323 |
| | Spanish Fort, AL 36527 |
| | (Mailing Address) |
| | 9786-B Timber Circle |
| | Spanish Fort, AL 36527 |
| | (Street Address) |
| **Telephone  :** | 251-999-9047 |
| **E-mail:** | sdorger@dorgerlaw.com |

BY:   /s/
**JAY M. LONERO (La. No. 20642)**
      jlonero@lpwsl.com
**CHRISTOPHER R. PENNISON (La. No. 22584)**
      cpennison@lpwsl.com
**ANGIE ARCENEAUX AKERS (La. No. 26786)**
      aakers@lpwsl.com

And

**SARAH B. DORGER (AL No. ASB-2812-R69D)**
sdorger@dorgerlaw.com
**THE DORGER LAW FIRM, LLC**
9786-B Timber Circle
Spanish Fort, AL 36527
Telephone: (251) 999-9047

                                                                                             3

                                                 _____

**COUNSEL FOR PLAINTIFFS, UNITED STATES OF AMERICA for the use and benefit of B&S EQUIPMENT CO., INC. and B&S EQUIPMENT CO., INC., individually**